
James Minski, KDOC No. 46461
Name
Winfield Correctional Facility
Unit: E1

1806 Pinecrest Circle
Winfield, KS 67156

Address

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

James Edward Minski, Plantiff
*(Full Name)*

V.

Dr. Sonya Lewis, Defendant(s)

CASE NO. 24-3014-JWL
*(To be supplied by the Clerk)*

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) James Edward Minski, is a citizen of Kansas
   *(Plaintiff)*  *(State)*

   who presently resides at Winfield Correctional Facility, Unit E1,
   *(Mailing address or place*
   1806 Pinecrest Circle, Winfield, KS 67156.
   *of confinement.)*

2) Defendant Dr. Sonya Lewis is a citizen of
   *(Name of first defendant)*
   (unknown), and is employed as
   *(City, State)*
   Dentist, for Centurion of Kansas, LLC, at WCF,
   1806 Pinecrest Circle, Winfield, KS 67156. At the time the
   *(Position and title, if any)*

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

   Dr. Lewis was employed by Centurion of Kansas, LLC, as the

   Dentist; Centurion was contracted by the State of Kansas

   DOC to provide medical services to KDOC residents.

3) Defendant __N/A (none)_____ is a citizen of
   *(Name of second defendant)*

   _____, and is employed as
   *(City, state)*

   _____. At the time the
   *(Position and title, if any)*

   claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☐ No ☐ . If your answer is "Yes", briefly explain:

   N/A (none) _____

   _____

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   N/A (none) _____

   _____

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

   Petitioner complained of pain in a tooth via a Health
   Services Request Form (hereafter sick call form) on May 7,
   2023, and on May 8, 2023 was seen by Medical staff and was
   scheduled to see the Dentist.  Petitioner had to wait until
   June 6, 2023, to see the Dentist, and had to submit more
   sick call forms for increased pain and to get medication to
   help.  Petitioner was rescheduled by the defendant/dentist,
   endured infection, and waited until July 4, 2023 for extraction.

2

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Defendant was deliberately indifferent to the serious medical needs of petitioner, causing cruel and unusual punishment under the 8th Amendment of the U.S. Consitution.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.): Petitioner submitted a sick call form on May 7, 2023, for pain in a tooth, sensitive to air and some foods (see Exhibit A). On May 8, 2023, petitioner was seen by medical staff and scheduled to see the dentist/defendant. At that time petitioner did not want to take any medication for

-Continued on Attachment Pages 3A and 3B-

B) (1) Count II: N/A (none)

(2) Supporting Facts: N/A (none)

3

XE-2 8/82         CIVIL RIGHTS COMPLAINT §1983

pain, so declined the offer of Tylenol and Ibuprofen (petitioner has liver damage from Hepatitis C, and thus careful in regard to taking medication that can effect the liver).

On May 12, 2023, petitioner submitted another sick call form, stating that the pain was worse and asked for medication, receiving a three-day supply of Ibuprofen and Acetaminophen (Tylenol) (see Exhibit B).

On or around May 16, 2023, having still not seen a dentist, petitioner had to return to medical to ask for more medication for pain, was givena three day supply, and issued a thirty-day supply on May 18, 2023 (see Exhibit C, the top of the blister packs that contained the medication).

On June 6, 2023, petitioner was seen by the dentist/defendant, but was told he had to be rescheduled for tooth extraction, until June 20, 2023. Petitioner requested more pain medication, was told by defendant it would be ordered, and asked the defendant about the risk of infection and possibly taking antibiotics. Defendant informed petitioner that it would be okay, and not to worry.

On June 11, 2023, petitioner sent a Inmate Request To Staff Member (Form 9) to the defendant asking about the orders for the pain medication, after petitioner learned there were no orders (see Exhibit D). However, petitioner did not receive a response until July 29, 2023, signed and dated by defendant on July 13, 2023.

Having received no response to the June 11, 2023 Form 9, petitioner had to submit another sick call form on June 17, 2023, to get more pain medication (see Exhibit E). This sick call form was signed and dated by the defendant on July 13, 2023, with petitioner receiving it back on July 29, 2023.

On June 19, 2023, petitioner went to prison staff, Unit Team Supervisor Jacob Griffith, explaining the problem. UTS Griffith went to the Director of

Nursing, Julie Patterson, and was told they were trying to contact the dentist.

Also on June 19, 2023, petitioner spoke with his brother, Joseph J. Minski III, on the telephone, and related the problem to him. Joseph called the office of the Secretary of Corrections, complaining about petitioner not receiving adequate dental care. Joseph was told someone would contact him, and he was subsequently contacted by someone on or around June 20, and 21, 2023.

On June 20, 2023, after inquiring about seeing the dentist/defendant, petitioner was told it would be an additional week to be seen.

Petitioner submitted another sick call form for pain meds on June 21, 2023 (see Exhibit F). This sick call form was signed and dated by the defendant on July 13, 2023, and returned to petitioner on July 29, 2023.

On June 22, 2023, petitioner had to return to medical for more pain medication. Later that same day, as a result of Joseph calling the Secretary of Corrections' office, petitioner was called to the dental office, examined by defendant, and it was determined that petitioner had developed an infection in the tooth and gum, thus prohibiting extraction of it. Petitioner was prescribed, and received, antibiotics for the infection - Clindamycin, as well as more Ibuprofen and Tylenol (see Exhibit G, the top of the blister packs that conatined the medication), then rescheduled for extraction of the tooth, the date depending on the state of the infection.

Finally, on July 4, 2023, the tooth was able to be, and was, extracted.

Petitioner was forced to live in pain for fifty-seven (57) days, having to miss many meals, suffering loss of sleep, and both emotional and physical distress. There were times when even trying to drink water was a painful experience.

C) (1) Count III: __N/A  (None)__

(2) Supporting Facts: __N/A  (none)__

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: __N/A  (none)__

   Defendants: __N/A  (none)__

   b) Name of court and docket number __N/A  (none)__

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A  (none)__

   d) Issues raised __N/A  (none)__

4

XE-2 8/82                       CIVIL RIGHTS COMPLAINT §1983

e) Approximate date of filing lawsuit  N/A (none)

f) Approximate date of disposition  N/A (none)

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes [X] No [ ]. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

Petitioner exhausted the KDOC Grievance Procedure as outlined in K.A.R. 44-15-101 et seq. Requested monetary damages were denied, conclusions made by reviewer at final appeal, dated 09/05/2023, not followed (see Exhibit H, all Grievance filings and responses thereto).

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Compensatory Damages of $1,500.00 per day of suffering - total = $85,500.00; Punitive Award for medical neglect - total = $20,000.00; allcosts associated with filing of complaint; reasonable attorney fees deemed just and proper by the Court.

_____                    _James Minski_____
Signature of Attorney (if any)              Signature of Plaintiff

_____
(Attorney's full address and telephone number)

5

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983