IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JAMES EDWARD MINSKI,

    **Plaintiff,**

    v.                          CASE NO. 24-3014-JWL

SONYA LEWIS,

    **Defendant.**

## O R D E R

This matter is a civil rights action filed under 42 U.S.C. § 1983. Plaintiff proceeds pro se. On May 10, 2024, the Court entered an order directing the Kansas Department of Corrections ("KDOC") to prepare a *Martinez* Report in this case. (Doc. 11.) On the same date, the Court entered an e-service order for the defendant. (Doc. 12). The KDOC subsequently notified the Court that the defendant is not a KDOC employee.

**IT IS THEREFORE ORDERED** that the service order dated May 10, 2024 (Doc. 12) is **vacated**.

**IT IS FURTHER ORDERED** that the Court directs the Clerk of the Court to prepare and issue a waiver of service form for the defendant pursuant to Fed. R. Civ. P. 4(d). Upon the filing of the *Martinez* Report, the Court will screen Plaintiff's Complaint and will enter an order setting an answer deadline if the Complaint survives screening. Any answer deadline set forth in the docket entry for the waiver of service is not controlling.

**IT IS SO ORDERED**.

Dated May 14, 2024, in Kansas City, Kansas.

                                          S/ John W. Lungstrum
                                          JOHN W. LUNGSTRUM
                                          UNITED STATES DISTRICT JUDGE